## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Donna LaFever**

        Plaintiff
vs.                                    **CASE NUMBER: 3:17-cv-1206 (DNH/ML)**

**Brandon Clarke, Daniel J. Sheehan,
Ernest R. Cutting, Jr., Ed White,
Craig Hackett, Tracy Rotundo, Alleesha Shopa**

        Defendants

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: the City's motion for summary judgment is GRANTED; the County's motion for summary judgment is GRANTED; Plaintiff's motion for partial summary judgment is DENIED; and Plaintiff's second amended complaint is DISMISSED.

All of the above pursuant to the order of the Honorable Judge David N. Hurd, dated the 11th day of March, 2021.

DATED: March 11, 2021

*[signature]*
Clerk of Court

                                        s/Kathy Rogers
                                        Deputy Clerk